JAMES M. BRADEN (SBN 102397)
LAW OFFICES OF JAMES M. BRADEN
601 MONTGOMERY STREET, SUITE 315
SAN FRANCISCO, CA  94111

TELEPHONE: (415) 398-6865
FACSIMILE:  (415) 788-5605
EMAIL:       braden@sf-lawyer.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| R. MICHAEL WILLIAMS, an individual, and IMMUNOGENETIC.COM, INC., a Delaware corporation<br><br>Plaintiffs,<br><br>v.<br><br>McDERMOTT, WILL & EMERY, an Illinois Limited Liability Partnership, and BERNADETTE BROCCOLO, an individual,<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT FOR DAMAGES FOR LEGAL MALPRACTICE; AND BREACH OF FIDUCIARY DUTY** |

1

**COMPLAINT FOR LEGAL MALPRACTICE**

Plaintiffs R. Michael Williams, a medical doctor, and Immunogenetics.com, Inc., a Delaware corporation, by and through its counsel, alleges as follows:

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is founded upon 28 U.S.C. Section 1332(a)(2), pertaining to diversity of citizenship, because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

2. Venue is proper in this Court under 28 U.S.C. §§ 1391(a) on one or more of the following bases: (A) The defendants have an office in the Northern District of California and did some work for Plaintiffs through that office; (B) A substantial part of the events or omissions giving rise to Plaintiffs claims occurred, or a substantial part of the property that is the subject of this action is situated, in this District (28 U.S.C. § 1391(a)(2)); or (C) The defendants are subject to personal jurisdiction in this District at the time this action is brought because their contacts here would be sufficient to subject them to personal jurisdiction if this District were a separate State. (28 U.S.C. § 1391(a)(3) and 1391(c)).

3. Plaintiff invokes this Court's jurisdiction pursuant to Rule 18(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367 to hear and adjudicate claims arising out of the facts set forth below that violate rights and duties established by the laws of the State of California.

### PARTIES

4. Plaintiff realleges and incorporates by reference paragraphs 1 through 3 above as if fully set forth below.

5. Plaintiff R. Michael Williams is now, and at all times material herein was, a citizen and resident of the State of California.

6. Defendant McDermott, Will & Emery is now, and at all times material herein was, an Illinois Limited Liability Partnership with its principal place of business in Chicago, Illinois.

7. Defendant Bernadette Broccolo is an individual who is, and at all times material herein was, an attorney with partner status at Defendant McDermott, Will & Emery, and who is a citizen and resident of the State of Illinois.

## FIRST CLAIM FOR RELIF: LEGAL MALPRACTICE

8. At all times relevant hereto, Defendants owed a duty of care to Plaintiffs to represent them in legal advice, communications, billing, and guidance in accordance with relevant legal standards of care within the practice of law.

9. Defendants breached the relevant duty of care by failing to adequately represent Plaintiffs in providing competent legal advice, full and accurate communications, accurate billing, and legal advice in accordance with relevant legal standards within the practice of law, as detailed more fully below. This breach constitute Professional Negligence of Legal Malpractice.

## SECOND CLAIM FOR RELIEF: BREACH OF FIDUCIARY DUTIES

10. Defendants, as attorneys for Plaintiffs, owed Plaintiffs a fiduciary duty to preserve and protect Plaintiffs' interests, rights, and opportunities.

11. Defendants, by virtue of the actions and failures to act breached said fiduciary duties.

12. As an actual and proximate result of Defendants' breach of fiduciary duties

13. In breaching said fiduciary duties, Defendants acted with oppression, fraud, or malice. Plaintiffs hereby pray for relief as follows:

**PRAYER FOR RELIEF:**

1. Compensatory damages in an amount to be proven at trial;

2. For punitive and exemplary damages in an amount to be proven at trial; and

3. For such further and other relief as this Court deems just and proper.

Dated: June 21, 2021                LAW OFFICES OF JAMES M. BRADEN

                                    By: ___/s/ James Braden_____

                                            James Braden
                                          Attorney for Plaintiffs

**PLAINTIFFS DEMAND A TRIAL BY JURY**

COMPLAINT FOR LEGAL MALPRACTICE