UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| R. MICHAEL WILLIAMS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BERNADETTE BROCCOLO, <br><br> Defendant. | Case No: 21-cv-04731 SBA <br><br> **ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS INITIAL COMPLAINT** <br><br> Dkt. 26 |

On June 21, 2021, Plaintiffs R. Michael Williams and Immunogenetics.com, Inc. ("Plaintiffs") filed a Complaint against Defendants McDermott, Will & Emery LLP ("McDermott") and Bernadette Broccolo ("Ms. Broccolo") (collectively "Defendants"). Dkt. 1. On October 19, 2021, Defendants filed a motion to dismiss the initial Complaint under Federal Rule of Civil Procedure 12(b). Dkt. 26. Plaintiffs did not file an opposition to the motion. Instead, on November 9, 2021, they filed a First Amended Complaint against Broccolo. Dkt. 28. The First Amended Complaint was filed in accordance with Rule 15(a)(1)(B), which permits a party to amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Because "an amended complaint supersedes the original complaint and renders it without legal effect[,]" Lacey v. Maricopa County, 693 F.3d 896, 927 (9th Cir. 2012) (en banc), Defendants' motion to dismiss the initial Complaint is DENIED as moot. This Order terminates Docket 26.

IT IS SO ORDERED.

Dated: December 6, 2021

_____ RS
The Hon. Richard Seeborg for
The Hon. Saundra Brown Armstrong
United States District Court Judge