Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: alane@duanemorris.com
        jfields@duanemorris.com

Attorneys for Defendant
Bernadette Broccolo

JAMES M. BRADEN (SBN 102397)
Law Offices of James M. Braden
601 Montgomery Street, Suite 315
San Francisco, Ca 94111

Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email:     Braden@Sf-lawyer.Com

Attorney for Plaintiffs R. Michael Williams and
Immunogenetics.com, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. MICHAEL WILLIAMS, an individual, and IMMUNOGENETICS.COM, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>    v.<br><br>BERNADETTE BROCCOLO, an individual,<br><br>           Defendants. | Case No.: 3:21-cv-04731-MMC (SK)<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       April 8, 2022<br>Time:      10:30 a.m.<br>Crtrm:     Telephonic/Zoom<br><br>Judge:  Hon. Maxine M. Chesney<br>Complaint Filed:    June 21, 2021 |

Pursuant to Federal Rule of Civil Procedure 26(f), the Standing Order for All Judges of the Northern District of California, and Civil Local Rule 16-9, Plaintiffs R. Michael Williams and Immunogenetics.com, Inc. (collectively "Plaintiffs") and Defendant Bernadette Broccolo ("Defendant") submit this Joint Case Management Statement & Proposed Order in advance of the Initial Case Management Conference, scheduled for April 8, 2022.

## 1.    JURISDICTION AND SERVICE

Plaintiffs have filed and served on Defendant their First Amended Complaint. The asserted basis for the Court's subject matter jurisdiction is diversity. 28 U.S.C. ¶ 1332.

## 2.    FACTS

Plaintiffs allege that in 2019 they retained Defendant Broccolo, a partner in McDermott Will & Emery LLP, to provide certain legal services. Plaintiffs allegedly terminated the legal representation in 2020. Plaintiffs allege that Defendant is responsible for their alleged failure to timely file patent applications regarding certain intellectual property. Defendant denies the material allegations of the First Amended Complaint.

## 3.    LEGAL ISSUES

At this time, the principal legal issues are:

- Whether and/or to what extent Defendant owed Plaintiffs a legal duty;
- Whether Defendant breached any applicable legal duty to either Plaintiff;
- Whether Defendant caused Plaintiffs any cognizable harm;
- Whether Plaintiffs' claims are barred by the statute of limitations.

## 4.    MOTIONS

Defendant anticipates filing a motion for summary judgment or partial summary judgment.

## 5.    AMENDMENT OF PLEADINGS

Plaintiffs amended their original complaint following the original defendants' motion to dismiss. The parties do not anticipate any motions to amend the pleadings further.

## 6.    PRESERVATION OF EVIDENCE

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI") and have met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil

Procedure regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action. The Parties will continue to meet and confer on potential ESI issues as they negotiate an appropriate stipulated ESI Order. Each Party represents that it has instituted reasonable document retention procedures to maintain relevant documents, electronic or otherwise, until this dispute is resolved.

**7.     DISCLOSURES**

The parties agreed to exchange initial disclosures by December 20, 2021.

**8.     DISCOVERY**

**Status of Discovery.** The parties agreed to serve initial disclosures by December 20, 2021. The parties anticipate written discovery and depositions will follow. Magistrate Judge Sallie Kim has been assigned to handle discovery disputes. There is a pending discovery dispute.

**Protective and ESI Orders.** The parties plan to use the District's model ESI Stipulation and Protective Orders with minimal modification if appropriate.

**Subjects of Discovery.** The parties anticipate that the scope of discovery will include the information and documents relevant to the factual and legal issues identified in the First Amended Complaint.

**Privilege Logs and Inadvertent Disclosure.** The Parties agree that an exchange of privilege logs will be served, when necessary, concurrently with any document production.

The Parties agree that inadvertent productions of privileged information shall be governed by Fed. R. Civ. P. 26(b)(5)(B) and as set forth in the District's Model Protective Order.

**9.     CLASS ACTIONS**

Not applicable.

**10.     RELATED CASES**

There are no related cases.

**11.     RELIEF**

Plaintiffs seek relief from Defendant as set forth in the First Amended Complaint. Defendant seeks judgment in her favor.

**12.     SETTLEMENT/ADR**

The parties complied with ADR L.R. 3-5.

**13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Defendant declined consent to having a Magistrate Judge conduct these proceedings.

**14.    OTHER REFERENCES**

The parties do not believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    NARROWING OF ISSUES**

Defendant believes that a dispositive motion will resolve or narrow the issues in dispute.

**16.    EXPEDITED TRIAL PROCEDURE**

The parties decline to use the Expedited Trial Procedure of General Order No. 64.

**17.    SCHEDULING**

The parties propose the following schedule for discovery, motions, and trial:

- Close of Fact Discovery: August  31, 2022
- Expert Disclosure Deadline: July 18, 2022
- Close of Expert Discovery: August 31, 2022
- Dispositive Motion Filing Deadline: November 30, 2022
- Final Pretrial Conference: February 13, 2023
- Trial: February 21, 2023

**18.    TRIAL**

The parties propose a February 21, 2023 trial date, or as soon thereafter as the Court is available. The parties anticipate trial, excluding voir dire, will last 6-7 days.

**19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR OTHER PERSONS**

Defendant filed her Certification of Interested Entities or Persons.   Plaintiffs will do so very soon.

**20.    PROFESSIONAL CONDUCT**

All attorneys of record for the parties have reviewed the Guidelines for Professional Conduct for the Northern District of California.

1

**21.    OTHER ISSUES**

2

The Parties are not aware of any other issues at this time.

3

Dated: April 1, 2022                    **LAW OFFICES OF JAMES M. BRADEN**

4

5                                        By:   /s/ James M. Braden
                                         James M. Braden
6                                        Attorneys for Plaintiffs
                                         R. Michael Williams and Immunogenetics.com, Inc.

7

8

Dated: April 1, 2022                    **DUANE MORRIS LLP**

9

10                                       By:   /s/ Justin J. Fields
                                         Allison Lane
11                                       Justin J. Fields
                                         Attorneys for Defendant
                                         Bernadette Broccolo

12

13                                       **ATTESTATION**

14          I, Justin J. Fields, hereby attest in accordance with Local Rule 5-1.(h) that James M. Braden

15   (counsel for Plaintiffs R. Michael Williams and Immunogenetics.com, Inc.) has provided his

16   concurrence with the electronic signing and filing of the foregoing document.

17   Dated: February 3, 2022              **DUANE MORRIS LLP**

18

19                                       By:   /s/ Justin J. Fields
                                         Justin J. Fields

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT                         CASE NO.: 3:21-CV-04731-MMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CASE MANAGEMENT ORDER**

The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions. In addition, the Court makes the further orders stated below:

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

JOINT CASE MANAGEMENT STATEMENT                    CASE NO.: 3:21-CV-04731-MMC