Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: alane@duanemorris.com
jfields@duanemorris.com

Attorneys for Defendant
Bernadette Broccolo

JAMES M. BRADEN (SBN 102397)
Law Offices of James M. Braden
601 Montgomery Street, Suite 315
San Francisco, Ca 94111

Telephone: (415) 398-6865
Facsimile: (415) 788-5605
Email: Braden@Sf-lawyer.Com

Attorney for Plaintiffs R. Michael Williams and
Immunogenetics.com, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. MICHAEL WILLIAMS, an individual, and IMMUNOGENETICS.COM, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BERNADETTE BROCCOLO, an individual,<br><br>Defendants. | Case No.: 3:21-cv-04731-MMC (SK)<br><br>**STIPULATION REGARDING SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Maxine M. Chesney<br>Complaint Filed: June 21, 2021 |

Pursuant to the Court's instruction at the April 8, 2022 Case Management Conference, counsel for the parties met and conferred regarding selection of a settlement conference judge and timeframe for a settlement conference. The parties stipulate and agree as follows.

1. The parties are agreeable to Magistrate Judge Donna Ryu to serve as a settlement conference judge.
2. The parties prefer to hold a settlement conference in June or July 2022, or as soon thereafter as Magistrate Judge Ryu is available to hold the settlement conference.
3. If the Court approves, the parties agree to contact Magistrate Judge Ryu to find a mutually available date for the settlement conference.

Dated: May 10, 2022                    **LAW OFFICES OF JAMES M. BRADEN**

By: ‎ /s/ James M. Braden
James M. Braden
Attorneys for Plaintiffs
R. Michael Williams and Immunogenetics.com, Inc.

Dated: May 10, 2022                    **DUANE MORRIS LLP**

By: ‎ /s/ Justin J. Fields
Allison Lane
Justin J. Fields
Attorneys for Defendant
Bernadette Broccolo

## **ATTESTATION**

I, Justin J. Fields, hereby attest in accordance with Local Rule 5-1.(h) that James M. Braden (counsel for Plaintiffs R. Michael Williams and Immunogenetics.com, Inc.) has provided his concurrence with the electronic signing and filing of the foregoing document.

Dated: May 10, 2022                    **DUANE MORRIS LLP**

By: ‎ /s/ Justin J. Fields
Justin J. Fields

**ORDER**

Pursuant to the parties' stipulation, the Court refers this matter for a settlement conference before Magistrate Judge Ryu, to take place in the timeframe set forth in the parties' stipulation or as soon thereafter as the Magistrate Judge and the parties are available.

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE