UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. MICHAEL WILLIAMS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BERNADETTE BROCCOLO,<br><br>Defendant. | Case No. 21-cv-04731-MMC  (SK)<br><br>**ORDER ON SEPARATE DISCOVERY LETTER BRIEFS**<br><br>Regarding Docket Nos. 77, 78 |

Now before the Court is the discovery dispute raised by the parties in their separate discovery letter briefs. The parties are not able to agree upon a protocol for Plaintiffs' depositions or dates for those deposition. The Court ORDERS as follows:

1. The deposition of Michael Williams will take place on August 22, 2022, at 11:00 a.m., in person, at the offices of counsel to Defendant. The deposition will conclude at 5:00 p.m. In addition, Defendant may take another day of deposition of Michael Williams, again in person, at the offices of counsel to Defendant, on August 29, 2022, for two additional hours.

2. The deposition of Ellen Williams will take place on August 23, 2002, at 11:00 a.m., via a remote system. The deposition will conclude at 5:00 p.m. In addition, Defendant may take another day of deposition of Ellen Williams, again via a remote system, on August 30, 2022, for two additional hours and thirty minutes.

3. During the deposition of Ellen Williams, the following rules apply: counsel to Plaintiffs need not be in the same room as Ellen Williams; counsel must make sure that all logistical and technical issues are resolved; only Ellen Williams may be in the room while deposed; counsel for Defendant may ask and Ellen Williams must comply in scanning the room at intervals to ensure that no other person is in the

room; Ellen Williams must use a desktop or laptop with a working microphone and camera.

4. If Ellen Williams and/or counsel violate in any way the rules set forth in paragraph 4, Defendant may seek an order from this Court directing an in-person deposition.

5. The deposition pursuant to Federal Rules of Civil Procedure 30(b)(6) of the corporate Plaintiff must take place between September 1, 2022, and September 6, 2022. If Ellen Williams testifies during this deposition, she may testify via a remote system, and the deposition will begin at 11:00 a.m. If Michael Williams testifies during this deposition, the deposition must take place in person at Defendant's counsel's office and will begin at 11:00 a.m. No deposition will take place later than 5:00 p.m. If the total time taken for the deposition is less than seven hours because the deposition ends at 5:00 p.m., Defendant may take an additional day of deposition up to two additional hours on a separate date, no later than September 9, 2022.

The presiding District Judge is aware that the Undersigned is setting dates after the discovery deadline and has approved this Order setting deposition dates beyond the discovery deadline. If the extensions affect any other part of the schedule for which the parties seek relief, they should seek relief with the presiding District Judge.

**IT IS SO ORDERED.**

Dated: August 10, 2022

_____
SALLIE KIM
United States Magistrate Judge

2