Allison Lane (SBN 152384)
Justin J. Fields (SBN 259491)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: +1 415 957 3000
Fax: +1 415 957 3001
E-mail: alane@duanemorris.com
           jfields@duanemorris.com

Attorneys for Defendant
Bernadette Broccolo

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. MICHAEL WILLIAMS, an individual, and IMMUNOGENETIC.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>BERNADETTE BROCCOLO, an individual,<br><br>　　　　　　　　Defendants. | Case No.: 3:21-cv-04731-MMC-SK<br><br>**STIPULATION OF DISMISSAL**<br><br>Judge:  Hon. Maxine M. Chesney<br>Complaint Filed:   June 21, 2021<br>Trial Date:           February 21, 2023 |

Plaintiffs R. Michael Williams and Immunogenetics.com, Inc. and defendant Bernadette Broccolo stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties (including former defendant McDermott Will & Emery LLP), with each party bearing its own attorneys' fees and costs.

Dated: August 26, 2022     **LAW OFFICES OF JAMES M. BRADEN**

By:   /s/ James M. Braden
James M. Braden
Attorneys for Plaintiffs R. Michael Williams and
Immunogenetics.com

Dated: August 26, 2022     **DUANE MORRIS LLP**

By:   /s/ Allison Lane
Allison Lane
Justin J. Fields
Attorneys for Defendant
Bernadette Broccolo

### **ATTESTATION**

I, Allison Lane, hereby attest in accordance with Local Rule 5-1.(h) that James M. Braden (counsel for Plaintiffs R. Michael Williams and Immunogenetics.com) has provided his concurrence with the electronic signing and filing of the foregoing document.

Dated: August 26, 2022     **DUANE MORRIS LLP**

By:   /s/ Allison Lane
Allison Lane